NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-400

EUGENE THOMAS AND CHERIE THOMAS

VERSUS

VERMILION RIVER GUN CLUB, INC., ET AL.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20022044
HONORABLE MARILYN CARR CASTLE, DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, C.J., Billie Colombaro Woodard, and Oswald A. Decuir, Judges.

AFFIRMED.

Walter Kay Jamison, III
Marjorie Briley Breaux
Daigle, Rivera, Scofield & Crawford, L.L.C.
P. O. Box 3667
Lafayette, LA 70502-3667
Telephone: (337) 234-7000
COUNSEL FOR:
	Defendant/Appellee - Vermilion River Gun Club, Inc.

**Joseph Sidney Soignet**
**Soignet & Gautreaux, L.L.C.**
**504 West First Street - Second Floor**
**Thibodaux, LA 70301**
**Telephone: (985) 447-2775**
**COUNSEL FOR:**
   **Plaintiffs/ Appellants - Eugene Thomas and Cherie Thomas**

**Frank Raymond Rathle**
**P. O. Box 5653**
**Thibodaux, LA 70302**
**Telephone: (985) 446-1010**
**COUNSEL FOR:**
   **Plaintiffs/Appellants - Eugene Thomas and Cherie Thomas**

**David Winston Ardoin**
**P. O. Box 108**
**Thibodaux, LA 70302**
**Telephone: (985) 446-0418**
**COUNSEL FOR:**
   **Plaintiffs/Appellants - Eugene Thomas and Cherie Thomas**